**UNITED STATES of America, Plaintiff–Appellee**

v.

**James E. LEDBETTER, Defendant–Appellant.**

No. 12–2855.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 31, 2013.

Filed: Feb. 7, 2013.

Ann M. Koszuth, Asst. Fed. Public Defender, Springfield, MO (Raymond C. Conrad, Jr., Fed. Public Defender, Kansas City, MO, on the brief), for appellant.

James J. Kelleher, Asst. U.S. Atty., Springfield, MO (David M. Ketchmark, Acting U.S. Atty., Kansas City, MO, on the brief), for appellee.

Before LOKEN, MELLOY, and BENTON, Circuit Judges.

PER CURIAM.

James Ledbetter appeals the judgment entered by the district court[1] after he pleaded guilty to bank fraud, money laundering, and failure to pay tax. His counsel has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

L.Ed.2d 493 (1967), questioning the reasonableness of Ledbetter's sentence. This challenge, however, falls within the scope of the appeal waiver contained in Ledbetter's plea agreement, and the record shows that he knowingly and voluntarily entered into the plea agreement and appeal waiver. Because nothing in the record suggests that enforcement of the waiver would result in a miscarriage of justice, we will enforce the appeal waiver, *see United States v. Andis*, 333 F.3d 886, 889–92 (8th Cir.2003) (en banc), and dismiss this appeal. Counsel's motion to withdraw is granted.

---

1. The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.